664

46 So.2d 860

### Joe CARTER v. STATE.
#### 2 Div. 799.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Hale County; L. S. Moore, Judge.

Buying, receiving or concealing stolen property.

·O. S. Burke, of Greensboro, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

19 So.2d 924

### Herman CARTER v. STATE.
#### 6 Div. 82.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

46 So.2d 860

### Lewis CATO v. STATE.
#### 4 Div. 130.

Court of Appeals of Alabama.
April 11, 1950.

Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge.

Manslaughter, first degree.

Lightfoot & Bricken, of Luverne, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 910

### Henry CAULEY v. STATE.
#### 4 Div. 121.

Court of Appeals of Alabama.
Dec. 6, 1949.

Rehearing Denied Jan. 24, 1950.

Appeal from Circuit Court, Covington County; W. E. Callen, Special Judge.

Assault to murder.

E. O. Baldwin, of Andalusia, for appellant.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

44 So.2d 909

### Marvin CHARLES v. STATE.
#### 7 Div. 70.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Cherokee County; John M. Snodgrass, Judge.

Distilling.

Irby A. Keener, of Centre, for appellant.

A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

47 So.2d 920

### B. Frank CHENAULT v. DECATUR TRANSIT.
#### 8 Div. 884.

Court of Appeals of Alabama.
May 18, 1950.

Appeal from Circuit Court. Morgan County; J. H. Crow, Jr., Judge.